IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

VELMA FLOYD                                                                                                PLAINTIFF

V.                                              NO.  3:06CV00145 JWC

JO ANNE B. BARNHART,                                                                       DEFENDANT
Commissioner, Social
Security Administration

## ORDER

Plaintiff has filed a motion for extension of time (docket entry #10) in which to file her appeal brief.  The motion is granted.  Plaintiff is given until and including January 4, 2007, in which to file said brief.

IT IS SO ORDERED this 6th day of December, 2006.

_____
UNITED STATES MAGISTRATE JUDGE