# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**VELMA FLOYD**                                                                                  **PLAINTIFF**

VS.                    **Case No. 3:06CV00145-BD**

**MICHAEL J. ASTRUE,**
**Commissioner, Social Security Administration**                          **DEFENDANT**

## JUDGMENT

Pursuant to the Order filed in this matter this date, it is considered, ordered and adjudged that the decision of the Commissioner is affirmed. The Plaintiff's complaint is dismissed with prejudice.

IT IS SO ORDERED this 21st day of May, 2007.

_____
UNITED STATES MAGISTRATE JUDGE